UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERNON C. BROWN, JR.,

       Petitioner,

  v.

TIM-A-VARGA,

       Respondent.

No. C 13-3526 SI (pr)

**ORDER OF DISMISSAL**

This action is dismissed because the petition is incomprehensible and therefore legally frivolous. *See Jackson v. Arizona*, 885 F.2d 639, 641 (9th Cir. 1989) (claim that is totally incomprehensible may be dismissed as frivolous as it is without an arguable basis in law). The "pleading" in this case consists of a habeas petition on which petitioner wrote "none" or "N/A" in response to almost all the portions of the form asking him about the presentation of his claims in state court and to all of the questions about his federal habeas claims. For example, Claim One in his petition is "None" and the supporting facts are "None." Docket # 1 at 6. Leave to amend will not be granted because it would be futile: when the court granted leave to amend in an earlier action filed by Brown, he sent in a jumble of unrelated papers, *see Brown v. Varga*, No. C 12-2145 SI. (In between the dismissal of that action and the filing of this action, petitioner also filed another nonsensical petition accompanied by a jumble of legal papers, *Brown v. Varga*, No. C 13-1093 SI.) If petitioner wants to challenge his conviction, he may file a new petition for writ of habeas corpus, but must fill in all the information on the form habeas petition.

Petitioner's request for an enlargement of time is DENIED because he did not identify the deadline he wants to have extended. (Docket # 2.)

The *in forma pauperis* application is GRANTED. (Docket # 4.)

The clerk shall close the file.

IT IS SO ORDERED.

DATED: September 9, 2013

_____
SUSAN ILLSTON
United States District Judge