1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    VERNON C. BROWN, JR.,                    No. C 13-3526 SI (pr)

9              Petitioner,                    **ORDER OF DISMISSAL**

10        v.

11   TIM-A-VARGA,

12             Respondent.
                                          /
13

14        This action is dismissed because the petition is incomprehensible and therefore legally

15   frivolous.  *See Jackson v. Arizona*, 885 F.2d 639, 641 (9th Cir. 1989) (claim that is totally

16   incomprehensible may be dismissed as frivolous as it is without an arguable basis in law).  The

17   "pleading" in this case consists of a habeas petition on which petitioner wrote "none" or "N/A"

18   in response to almost all the portions of the form asking him about the presentation of his claims

19   in state court and to all of the questions about his federal habeas claims.  For example, Claim

20   One in his petition is "None" and the supporting facts are "None."  Docket # 1 at 6.  Leave to

21   amend will not be granted because it would be futile: when the court granted leave to amend in

22   an earlier action filed by Brown, he sent in a jumble of unrelated papers, *see Brown v. Varga*,

23   No. C 12-2145 SI.  (In between the dismissal of that action and the filing of this action,

24   petitioner also filed another nonsensical petition accompanied by a jumble of legal papers,

25   *Brown v. Varga*, No. C 13-1093 SI.)  If petitioner wants to challenge his conviction, he may file

26   a new petition for writ of habeas corpus, but must fill in all the information on the form habeas

27   petition.

28

1          Petitioner's request for an enlargement of time is DENIED because he did not identify

2     the deadline he wants to have extended.  (Docket # 2.)

3          The *in forma pauperis* application is GRANTED.  (Docket # 4.)

4          The clerk shall close the file.

5          IT IS SO ORDERED.

6     DATED: September 9, 2013                     _____
                                                   SUSAN ILLSTON
7                                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28