UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON C. BROWN, JR., | No. C 13-3526 SI (pr) |
| Petitioner, | **ORDER DENYING POST-JUDGMENT MOTION** |
| v. | |
| TIM-A-VARGA, | |
| Respondent. | |

This action was dismissed on September 9, 2013 because the petition is incomprehensible and therefore legally frivolous. Petitioner has filed a "motion and request for the court to issue its order directing respondent to supply additional state court documents." (Docket # 7.) The motion is DISMISSED as moot because the action has been dismissed.

IT IS SO ORDERED.

DATED: January 31, 2014

SUSAN ILLSTON
United States District Judge